Che Lopardo, Law Office of Che Lopardo, PA, Tampa, FL, for Defendant–Appellant.

Before EDMONDSON, BLACK, and PRYOR, Circuit Judges.

PER CURIAM:

Humberto Pisa–Bentancur (Defendant) appeals his total 24–month sentence for conspiring to transport at least six illegal aliens within the United States, transporting six illegal aliens within the United States, being an alien in the United States without the consent of the U.S. Attorney General after deportation, and entering the United States at a place not designated. The district court heard Defendant's arguments about Mexico, his family circumstances, and lack of criminal history. Defendant's sentence was not substantively unreasonable, as the district court acted within its discretion in determining that a 24–month total sentence, which was the lowest possible guideline range sentence, was sufficient, but not greater than necessary, to comply with the 18 U.S.C. § 3553(a) factors.

AFFIRMED.

**Gerald Carmicheal CAMPBELL,
Plaintiff—Appellant**

v.

**E.M. SECURITY, Defendant—Appellee.**

**No. 10–13018
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2010.

Gerald Carmicheal Campbell, Savannah, GA, pro se.

Before BLACK, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Gerald Campbell appeals the district court's dismissal of his employment discrimination suit. Campbell challenges the court's denial of his request for appointed

counsel. However, Campbell's request was moot because his Equal Employment Opportunity Commission complaint was untimely—well beyond the 180–day limit. Equitable tolling was inapplicable to this deadline because Campbell did not provide any reason for his late filing. *See Zipes v. Trans World Airlines, Inc.*, 455 U.S. 385, 398, 102 S.Ct. 1127, 71 L.Ed.2d 234 (1982). Thus, the court correctly dismissed his case and denied his request for counsel as moot.

**AFFIRMED.**